No. 30—2426. Powell v. McCord. This was an action of assumpsit brought by appellee against appellant, to recover the amount of four promissory notes executed by the defendant. At the trial, the verdict and judgment was for plaintiff for the amount of the notes. It appears that said notes were given by the defendant in consideration of commissions, and also of moneys paid or liabilities incurred by John C. McCord, in certain dealings on the Board of Trade of Chicago, carried on by him as the agent or broker of the defendant. The defense set up in the pleadings and urged at the trial was, that said dealings were mere gambling transactions, within the prohibition of the statute, and that said notes were therefore void. The evidence bearing upon this defense was conflicting, and

the rules of law applicable to it were given to the jury very fully, and with substantial accuracy, by the court in the instructions. Affirmed. Opinion PER CURIAM. Judge below, ROLLIN S. WILLIAMSON. Attorneys, for appellant, Mr. I. K. BOYESEN; for appellee, Messrs. BISBEE, AHRENS & DECKER. Opinion filed Oct. 27, 1886.